UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Crim. No. 08-855 (JLL)

v. :

KENNETH BOGUSH : ORDER

This matter having come before the Court on the motion of defendant Kenneth Bogush (by Lawrence S. Horn, Esq., appearing), for an order for the early termination of defendant's term of probation; and the United States (Paul J. Fishman, United States Attorney, by Sandra L. Moser, Assistant U.S. Attorney, appearing) having opposed this motion; and the Court having read the submissions of the parties and having reviewed the record in this matter; and for good cause shown,

It is on this 25th day of October, 2011,

ORDERED that defendant Bogush's motion to terminate early his probation be denied.

_____
HON. JOSE L. LINARES
United States District Judge